UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a foreign corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER BROOKS, JOHN LYLE HYNES, and MILLIE ROSE HYNES,<br><br>　　　　　　　　Defendant. | NO: 2:20-CV-0281-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 18). The parties agree and stipulate that this matter, and the underlying state court litigation, have been resolved by agreement of the parties and that all claims and counterclaims may be dismissed with prejudice and without an award of attorney fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action and all counterclaims are **DISMISSED** with prejudice and without an award of attorney fees or costs to any party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED April 2, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2